1
2
3
4
5
6
7                      IN THE UNITED STATES DISTRICT COURT
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11
STEVEN HERNANDEZ,                      Case No.: C 13-3915 JSC (PR)
12              Plaintiff.             **ORDER OF TRANSFER**
13        v.
14
15   DEUEL VOCATIONAL INSTITUTION       (Dkt. No. 7)
16   MEDICAL PERSONNEL, et al.,
17
18              Defendants.
19
20        Plaintiff, a California prisoner at the Deuel Vocational Institute ("D.V.I."), filed this
21   civil rights action pursuant to 42 U.S.C. § 1983 in which he complains about the conditions of
22   his confinement. [1]
23        When, as here, jurisdiction is not founded solely on diversity, venue is proper in the
24   district in which (1) any defendant resides, if all of the defendants reside in the same state, (2)
25   the district in which a substantial part of the events or omissions giving rise to the claim
26   occurred, or a substantial part of property that is the subject of the action is situated, or (3) a
27
28   ──────────────
     [1] Plaintiff has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28
     U.S.C. § 636(c).  (Dkt. No. 8.)

United States District Court
Northern District of California

United States District Court
Northern District of California

1  judicial district in which any defendant may be found, if there is no district in which the action

2  may otherwise be brought.  28 U.S.C. § 1391(b).  Where a case is filed in the wrong venue,

3  the district court has the discretion either to dismiss the case or transfer it to the proper federal

4  court "in the interest of justice."  28 U.S.C. § 1406(a).

5        Plaintiff's allegations arise out of events occurring at D.V.I., and the responsible

6  officials are located there.  D.V.I. is located in Tracy, California, which lies within the venue

7  of the United States District Court for the Eastern District of California.

8        Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is

9  TRANSFERRED to the United States District Court for the Eastern District of California.  In

10  light of this transfer, ruling on Plaintiff's application to proceed in forma pauperis and motion

11  for appointment of counsel are deferred to the Eastern District.

12        The Clerk of the Court shall transfer this matter forthwith and terminate docket number

13  7 from this Court's docket.

14        **IT IS SO ORDERED.**

15

16  Dated: October 1, 2013

17  _____
    JACQUELINE SCOTT CORLEY

18  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28