UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HERNANDEZ, | No. 2:13-cv-2080 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DEUEL VOCATIONAL INSTITUTION MEDICAL PERSONNEL, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding in forma pauperis and without counsel. Plaintiff consented to the jurisdiction of the magistrate judge for all purposes. 28 U.S.C. § 636(c); Local Rule 305(a). (See ECF No. 12.) On November 5, 2013, this court dismissed plaintiff's complaint with leave to file an amended complaint within thirty days. Plaintiff was informed that failure to timely file an amended complaint may result in the dismissal of this action. (ECF No. 13 at 7.) The court's deadline has passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

////

////

////

////

1   Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.[1]

2   See Local Rule 110; Fed. R. Civ. P. 41(b).

3   Dated: April 11, 2014

5   /hern2080.fta

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that the "Inmate Locator" website, operated by the California Department of Corrections and Rehabilitation, indicates that plaintiff is now incarcerated at Avenal State Prison. Failure of a pro se litigant to keep the court informed of his current address provides an independent ground for dismissing this action. See Local Rule 182(f); 183(b).